# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SCOTT ADAMS**                                                                                 **PLAINTIFF**

**v.**                                **CASE NO. 3:05-CV-292 GTE**

**CITY OF BLYTHEVILLE, ARKANSAS, et al.**                      **DEFENDANTS**

## ORDER

Presently before the Court is the Motion to Dismiss filed by City of Blytheville Police Department ("Police Department") and City of Blytheville Civil Service Commission ("Commission"). Movants seek dismissal on the grounds that Defendant Police Department and Defendant Commission are not legal entities capable of being sued under Arkansas law. Plaintiff states that he has no objection to this Motion.

IT IS THEREFORE ORDERED that the Motion to Dismiss (Dkt. #10) be, and it is hereby, GRANTED. City of Blytheville Police Department and City of Blytheville Civil Service Commission shall be dismissed as Defendants from this lawsuit.

Dated this 19th day of June, 2006.

                                                           _/s/ Garnett Thomas Eisele_____
                                                           UNITED STATES DISTRICT JUDGE